**UNITED STATES DISTRICT COURT COURT**
**EASTERN DISTRICT OF NEW YORK**

**AFFIRMATION OF SERVICE**

*28157*

Index no : **1:25 CIV - 00513 - ERK - LKE**

| | |
|---|---|
| Plaintiff(s): | **OSCAR PRODUCE INC.** |
| Defendant(s): | **JUCEDARO LLC, ET AL** |

**MOHAMED ELAZABAWY**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **02/03/2025** at **4:08 PM**, I served the within **ORDER TO SHOW CAUSE WHY A PRELIMARY INJUNCTION SHOULD ISSUE AND TEMPORARY RESTRAINING ORDER; ANNEXED AFFIDAVIT; ; WITH SUPPORTING DOCUMENTS; SUMMONS AND COMPLAINT; CIVIL COVER SHEET** on **JUCEDARO LLC**, the **Defendant(s),** at **C/O ALAN MALEH 1554 EAST 4TH STREET, BROOKLYN, NY 11230**

By delivering to and leaving personally with **Alan Maleh** , **GENERAL AGENT,** a true copy of each thereof.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Perceived gender | Perceived race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **White / Caucasian** | **Black / Gray** | **50** | **5ft 08in** | **170 lbs** |
| Other Features: | | | | | |

I affirm this 3rd day of February, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X__________________________
MOHAMED ELAZABAWY
License#: 2037672-DCA
B & G Legal Support Services Inc
225 BROADWAY Suite 3430
New York, NY 10007
212.635.3555
DCA License#: 2110710

Notary Not Required Pursuant To N.Y. CPLR 2106